MEMO ENDORSED


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: November 18, 2026

# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

November 17, 2026

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Letter Motion: REVISED Motion for Extension of Time**

**Re: Rodriguez v. Comm'r of SSA 1:26-cv-04891-ALC**

Dear Honorable Judge Gorenstein:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief was due on September 10, 2026. Plaintiff filed a motion to extend time sixty days through November 9, 2026, which remains pending before the Court. (Docket #7).

Plaintiff's brief was ready for filing on November 9th, but was not filed due to office oversight that was discovered today during an audit of briefing deadlines. Plaintiff therefore revises his pending motion to seek an extension of time through November 17, 2026, to file her Opening Brief. The proposed revised schedule would be as follows:

-Plaintiff's Opening Brief due November 17, 2026;
-Defendant Response Brief due December 17, 2026;
- Plaintiff's Reply Brief due December 31, 2026.

The Defendant has given consent to this request, and Plaintiff has filed her Opening Brief under separate filing to avoid any further delay. Thank you in advance for the Court's consideration.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Graham Morrison, Esq. (Via ECF)
Attorney for Defendant.

The Court grants Plaintiff's extension request *nunc pro tunc*.

The Clerk of Court is respectfully directed to terminate the pending letter motions at ECF Nos. 7, 8.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 18, 2026
New York, New York